UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TERRANCE MOON,**<br><br>　　　　　**Defendant.** | **CRIMINAL NO. 11-10223-DJC** |

### INFORMATION

1.　　Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant TERRANCE MOON, the government will seek increased punishment by reason of the following criminal conviction:

　　　　a.　　<u>Commonwealth v. Terrance Moon</u>, No. 9107 CR 03357 (Dorchester District Court), Possession of Class B Substance with Intent to Distribute, in violation of Ch. 94C, Sec. 32A; date of conviction May 7, 1991. The conviction is further described in the certified copy attached as Exhibit A and incorporated by reference herein.

2.　　TERRANCE MOON has been named as a defendant in an Indictment in the above-referenced matter. Count One of that Indictment charges that TERRANCE MOON did knowingly possess with intent to distribute, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). Count Two of that Indictment charges that TERRANCE MOON did knowingly possess with intent to distribute, cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. By way of this Information, the government notifies TERRANCE MOON that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of the felony drug offense set out in paragraph 1 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Eric P. Christofferson
      ERIC P. CHRISTOFFERSON
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

/s/ Eric P. Christofferson
ERIC P. CHRISTOFFERSON
Assistant U.S. Attorney

Dated: June 13, 2011

# EXHIBIT A

| DOCKET | DOCKET NUMBER | ☐ Waived ☐ Retained ☑ Assigned | CPCS 40 atty fee |
|---|---|---|---|
| COURT DIVISION: Dorchester | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | TERMS OF RELEASE | $100 cash $1000 stat |

| CC#11 361846 | Terrance Mitchell aka Terrance Moon (TN) Dorchester, MA | DATE | PROCEEDING |
|---|---|---|---|
| | | | ☐ Arraigned before J. Dolan |
| | | | ☑ Advised of right to counsel |
| DEF DOB AND SEX /67 | OFFENSE CODE(S) 802, 808b | | ☐ Advised of right to drug exam |
| | | | ☐ Advised of right to bail review |
| DATE OF OFFENSE 5/6/91 | PLACE OF OFFENSE 33 Hancock Street | 6/4/91 | ☑ Advised of right to F.I. Jury Trial ☑ Waives ☐ Requests F.I. Jury Trial |
| | | | ☐ Advised of alien rights |
| COMPLAINANT Robert Rogers | POLICE DEPARTMENT (if applicable) ACVU | 6/4/91 | ☐ Warrant issued ☑ Default warrant issued Dolan |
| | | 6/4/91 | ☑ Default removed ☑ Warrant recalled |
| DATE OF COMPLAINT 5/7/91 | RETURN DATE AND TIME arrest | 5/11/91 1-14-92 | ☐ Warrant issued ☑ Default warrant issued ☐ Default removed ☐ Warrant recalled |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| A. POSS. CL. B SUB. W/INT. TO DIST./MFG. C94C S32A (a) | | | | |

| DATE NOV -7 91 | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☑ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION 2 yrs HofC ss prob until 6/4/93 $50 v/w  150 drug days |
|---|---|---|
| 6/4/91 | FINDING: Guilty   JUDGE: Dolan | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE ☐ Discharged from probation  Poss. amt fee ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| B. POSS W/INT TO DIST DRUGS IN SCHOOL ZONE C94C S32J | | | | |

| DATE NOV -7 | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION Dismissed at request of cm + consent of deft |
|---|---|---|
| 6/4/91 | FINDING   JUDGE: Dolan | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE ☐ Discharged from probation ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| | | | | |

| DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | FINDING   JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE ☐ Discharged from probation ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | |

I HEREBY CERTIFY THAT THIS IS A TRUE COPY, GIVEN UNDER MY HAND AND SEAL THIS 22 DAY OF April 20 21

CLERK-MAGISTRATE / ASSISTANT CLERK

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| | | | | |

| DATE | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | FINDING   JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE ☐ Discharged from probation ☐ Dismissed at request of probation |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 5-8- | | 7-16-92 | S.E. | 6/4/91 | 762 | 2630 | |
| 6-4-91 | Trial | 3-27-92 | S.E. | | | | |
| | | 7/16/92 | S.E. | | | | |
| 7-11-91 | SH | | | | | | |
| 1-14-92 | SH | | | | | | |